# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES, | CASE NO. 06CV2567 LAB (CAB) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| MONTE DEPIEDAD, ET AL., | |
| Defendant. | |

On November 21, 2006, Plaintiff filed its complaint against Defendants Monte DePiedad, Anzar Enterprises, Inc. ("Anzar"), Nguyen Hung Tony, and Hang Annie Trinh. No proofs of service were ever filed, and of all Defendants, only Defendant Anzar has appeared in this action. Following settlement, both Plaintiff and Defendant Anzar on May 25, 2007 filed a joint motion to dismiss the complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a).

Accordingly, the complaint is **DISMISSED WITH PREJUDICE** in its entirety.

**IT IS SO ORDERED**.

DATED:  May 31, 2007

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -                                                                                          06CV2567 LAB (CAB)